

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-22-00061-CR

Edison **CARRAMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CR-6386
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was originally due March 11, 2022. On March 28, 2022, the court reporter filed a notification of late record requesting an extension until May 10, 2022. We granted the court reporter's request and ordered the reporter's record due by May 10, 2022. On May 16, 2022, the court reporter filed a second notification of late record requesting an extension until May 31, 2022. After consideration, we **GRANT** the request and **ORDER** the reporter's record due **by May 31, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court